Zeke Layman
P.O. Box 3662
Chico, California 95927
(530) 343-7068
zeke@powerpolitics.com

In Pro Per
FILED
ASHEVILLE, N.C.

MAY -5 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

1:08cv230

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> 3039.375 POUNDS OF COPPER ) <br> COINS, ET AL., ) <br> ) <br> Defendants, ) <br> ) <br> Zeke Layman, ) <br> ) <br> Claimant ) | **OBJECTION TO MEMORANDUM AND RECOMMENDATION** |

    **NOW COMES Zeke Layman**, and OBJECTS to Magistrate Dennis L. Howell's Memorandum and Recommendation that Zeke Layman's Motion to Dismiss "be summarily denied for lack of standing....", on the ground that Zeke Layman is a claimant in this case.

    Zeke Layman has standing in this case as shown by his "Claim by Zeke Layman" filed April 27, 2009 as document 45.

    Further, Zeke Layman OBJECTS to the Magistrate's Recommendation that "a system of pre-filing review be imposed on Mr. Layman", because he has not filed any frivolous papers or

has shown any vexatious conduct that would support such an injunction upon him.

A brief review of Magistrate Howell's order of 4/22/2009, document 43, shows that "Mr. Layman was cautioned that by continuing to file ex parte pleadings, he is disobeying the instructions of this court and that further disobedience may result in the imposition of sanctions,...."

Mr Layman took this "caution" to heart as well as the advice to follow Rule G(5)(a), and Rule G(5)(b), and he followed these directions by filing his "Claim by Zeke Layman" under Rule G(5)(a)(i), and the "Motion to Dismiss" under Rule G(5)(b), both on 4/27/2009. Mr. Layman has not and does not intend to make any frivolous filings or do anything that would hinder the court from fulfilling it constitutional duty.

**WHEREFORE**, claimant Zeke Layman, respectfully request that this Court REJECT the Memorandum and Recommendation of Magistrate Dennis L. Howell and find that Zeke Layman DOES have the standing to make the Motion to Dismiss under Rule 12 b; hear and GRANT the Motion to Dismiss on the grounds that the Plaintiff has failed to state a claim upon which the court can grant relief, and order the property returned.

Date: May 4, 2009

Respectfully Submitted,

Zeke Layman   In Pro Per

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is over the age of 18 years and not a party to the within entitled cause of action; and

That on May 4, 2009 he did serve a copy of the attached **OBJECTION TO MEMORANDUM AND RECOMMENDATION** by placing said copy in a post paid envelope addressed to the person(s) hereafter named, at the place(s) and address(es) stated below, which is the last known address(es), and by depositing said envelope and contents in the United States Mail at Chico, California.

a total of 3 pages delivered to the address as follows:

THOMAS R. ASCIK  
ASSISTANT UNITED STATES ATTORNEY  
100 Otis Street  
Asheville, North Carolina 28801

John Robert Seymour  
Baucom Claytor Benton Morgan & Wood  
P.O. Box 35246  
Charlotte, NC 28235

Further, I declare under penalty of perjury that the foregoing is true and correct and that these documents were executed and mailed as above described within California on May 4, 2009.

Dated: 5 / 4 / 2009

Ruth Koff  
Decarant

PRIORITY OVERNIGHT

TRK# 0201 8696 1597 4570

XX AVLA

28801
NC-US
GSP

FedEx US Airbill

8696 1597 4570

1 From
Date
Sender's Name
Company
Address
City                State            ZIP

2 Your Internal Billing Reference

3 To
Recipient's Name
Company
Address
City                State            ZIP

4a Express Package Service
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

4b Express Freight Service
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

5 Packaging
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

6 Special Handling
SATURDAY Delivery
HOLD Weekday
HOLD Saturday

Does this shipment contain dangerous goods?
- No
- Yes Shipper's Declaration not required
- Yes As per attached Shipper's Declaration
- Dry Ice

7 Payment Bill to:
- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages    Total Weight    Total Declared Value

8 Residential Delivery Signature Options
- No Signature Required
- Direct Signature
- Indirect Signature

© 2005 FedEx 155676/155475 REV 9/05 RT