Zeke Layman
P.O. Box 3662
Chico, California 95927
(530) 343-7068
zeke@powerpolitics.com

In Pro Per

FILED
ASHEVILLE, N.C.
MAY 26 2009
U.S. DISTRICT COURT
W. DIST. OF N.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### 1:08cv230

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>Vs. )<br>3039.375 POUNDS OF COPPER )<br>COINS, ET AL., )<br>        Defendants, )<br>Zeke Layman, )<br>        Claimant )  | **NOTICE OF NO REPLY BRIEF FILED** |

    PLEASE TAKE NOTICE that the Claimant, Zeke Layman, has not received a response to his Motion to Dismiss served on April 25, 2009 and filed on April 27, 2009. Therefore, he is noticing this court and all other parties, that he will not be filing a Reply Brief.

    Further, attached is a "[Proposed] Order" submitted and served on all parties.

Date: May 21, 2009

                                        Respectfully submitted

                                        _____
                                        Zeke Layman   In Pro Per

Zeke Layman
P.O. Box 3662
Chico, California 95927
(530) 343-7068
zeke@powerpolitics.com

In Pro Per

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

1:08cv230

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| Vs. ) | [PROPOSED] ORDER |
| 3039.375 POUNDS OF COPPER ) COINS, ET AL., ) | |
| Defendants, ) | |
| Zeke Layman, ) | |
| Claimant ) | |

THIS MATTER is before the court on Zeke Layman's Motion to Dismiss filed on April 27, 2009.

The Court finds no Response has been filed in Opposition to the Motion.

THEREFORE, the Motion to Dismiss is GRANTED, the property is ORDERED to be returned, and the Complaint and Cause of Action are hereby DISMISSED.

DATE: _____

                                                                             Lacy H. Thornburg U.S. District Judge

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing NOTICE OF NO REPLY BRIEF FILED was mailed to

| | |
|---|---|
| THOMAS R. ASCIK<br>Assistant United States Attorney<br>100 Otis Street<br>Asheville, North Carolina 28801 | John Robert Seymour<br>Baucom Claytor BentonMorgan & Wood<br>P.O. Box 35246<br>Charlotte, NC 28235 |

on May 21, 2009.

_____
Zeke Layman

Z.L.
P.O. Box 2662
Chico, Ca. 95927

Federal District Court Clerk
101 Oti's Street
Asheville, North Carolina 28801

