IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br><br>3039.375 POUNDS OF COPPER COINS,<br>5930 TROY OUNCES OF SILVER COINS.<br>63.24 TROY OUNCES OF GOLD COINS,<br>3 PLATINUM COINS,<br>168,599 SILVER TROY OUNCE COINS,<br>147 GOLD TROY OUNCE COINS,<br>17 GOLD .05 TROY OUNCE COINS,<br>710 SILVER .5 TROY OUNCE COINS,<br>11 SILVER BARS AND SILVER SCRAP<br>TOTALING 10,720.60 TROY OUNCES,<br>1,000.5 TROY OUNCES OF SILVER COINS,<br>1,000.5 TROY OUNCES OF SILVER COINS,<br>DIES, MOLDS, AND CASTS SEIZED AT<br>SUNSHINE MINTING, INC. ON NOVEMBER<br>14, 2007,<br>16,000.05 TROY OUNCES OF RAW SILVER,<br>100 OUNCES OF COPPER COINS,<br>and<br>$254,424.09 IN UNITED STATES CURRENCY;<br>　　　　　Defendants. | **CIVIL ACTION NO. 1:08-CV-230** |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.1(f) John R. Seymour hereby respectfully moves the Court to withdraw as counsel of record on behalf of Claimants; Dave Gillie, Jeff Kotchounian, Alan McConnell, Mary S. Nothouse, Tom Olmsted, Dan Morrow, Matt Pitagora, Daniel Priest, Vernon Robinson, Bernard von NotHaus, William H. Wesson, Karl Reile, Gerhard Reile, Janet Lee Meisinger, and Shelter Systems, LLC (hereinafter collectively referred to as "Claimants"). Good

cause exists for this motion because Mr. Seymour will terminate his association with the law firm of Baucom, Claytor, Benton, Morgan & Wood, PA effective July 1, 2011 and will no longer be in private practice.

Further, this case is currently stayed by order of this Court and Thomas R. Ascik, on behalf of the United States Attorney, has consented to this motion. The undersigned also request the Court allow Robert J. Stienjes, *pro hac vice* attorney for the Claimants, thirty (30) days to retain substitute local counsel.

Robert J. Stienjes will continue to represent Claimants in all aspects of this litigation.

WHEREFORE John R. Seymour moves that he be permitted to withdraw as counsel for Claimants in this action.

This the 22nd day of June, 2011.

Respectfully Submitted,

/s/ John R. Seymour
JOHN R. SEYMOUR
State Bar No. 31778
BAUCOM, CLAYTOR, BENTON, MORGAN & WOOD, P.A.
1351 East Morehead Street, Suite 201
P. O. Box 35246
Charlotte, NC 28235
(704) 376-6527
*Attorney for Claimants*

# CERTIFICATE OF SERVICE

Certified that on the 22nd day of June, 2011, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed the document via United States Mail, postage prepaid and properly addressed as follows to the following none CM/ECF participant:

        Thomas R. Ascik
        Assistant United States Attorney
        100 Otis Street
        Asheville, NC 28801
        Thomas.ascik@usdoj.gov

        Robert J. Stientjes
        Stientjes & Pliske, LLC
        1120 Olivette Executive Parkway, Suite 220
        St. Louis, MO 63132
        rstientjes@taxdefensefirm.com

                S/ John R. Seymour
                John R. Seymour, NC State Bar No. 31778
                jseymour@baucomclaytor.com
                BAUCOM, CLAYTOR, BENTON,
                MORGAN & WOOD, P.A
                P.O. Box 35246
                Charlotte, NC 28235
                (704) 376-6527
                (704) 376-6207 Facsimile