# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08 CV 230

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| 3039.375 POUNDS OF COPPER COINS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon the Government's Response (Doc. 72) to the undersigned's previous Order of January 11, 2019 (Doc. 71).

For the reasons stated in the Response, the Court determines that the existing stay has not expired and should remain in place.

Accordingly, this matter shall **REMAIN STAYED** pursuant to that Order of December 28, 2011. Further, upon conclusion of the Petition by David Gillie in the criminal case bearing Case Number 5:09 CR 27, as referenced by the Government's Response, the Government is **DIRECTED** to file a notice in the instant case advising that such Petition has been resolved so that the Court may then determine if the stay should continue to be maintained.

Signed: January 11, 2019

W. Carleton Metcalf
United States Magistrate Judge