| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| 3039.375 POUNDS OF COPPER COINS, | ) | |
| 5930.32 TROY OUNCES OF | ) | |
| SILVER COINS, | ) | |
| 63.24 TROY OUNCES OF GOLD COINS, | ) | |
| 3 PLATINUM COINS, | ) | |
| 168,599 SILVER TROY OUNCE COINS, | ) | |
| 147 GOLD TROY OUNCE COINS, | ) | |
| 710 SILVER .5 TROY OUNCE COINS, | ) | |
| 11 SILVER BARS AND SILVER SCRAP | ) | |
| TOTALING 10,720.60 TROY OUNCES, | ) | |
| 1000.5 TROY OUNCES OF | ) | |
| SILVER COINS, | ) | |
| 1000.5 TROY OUNCES OF | ) | |
| SILVER COINS, | ) | |
| DIES, MOLDS, CASTS, | ) | |
| 16,000.05 TROY OUNCES OF | ) | |
| RAW SILVER, | ) | |
| 100 OUNCES OF COPPER COINS, | ) | |
| $254,424.09 IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| 17 GOLD .05 TROY OUNCE COINS, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| DAVE GILLIE, JEFF KOTCHOUNIAN, | ) | |
| ALAN MCCONNELL, | ) | |
| MARY S NOTHHOUSE, | ) | |
| TOM OLMSTED, DAN MORROW, | ) | |
| MATT PITAGORA, | ) | |
| DANIEL PRIEST, | ) | |

1

| | |
|---|---|
| VERNON ROBINSON, | ) |
| BERNARD VON NOTHAUS, | ) |
| WILLIAM H WESSON, | ) |
| KARL REILE, GERHARD REILE, | ) |
| JANET LEE MEISINGER, | ) |
| SHELTER SYSTEMS, LLC, | ) |
| ZEKE LAYMAN, | ) |
| | ) |
| Claimants, | ) |
| | ) |
| PRESENTER/ACCEPTOR | ) |
| TINA M. HALL | ) |
| | ) |
| Intervenor. | ) |
| | ) |

This matter is before the Court upon the Government's Motion to Continue Stay (the "Motion to Continue," Doc. 75).

For the reasons stated in the Government's previously filed response to the Court's Order to Show Cause, see Docs. 71 & 72, as well as those set forth in the Motion to Continue, the Court determines that the existing stay has not expired and should remain in place.

However, following consultation with the chambers of the Honorable Kenneth D. Bell, trial in this matter will remain set for June 14, 2021, and the stay of this civil forfeiture proceeding will be extended through and including April 30, 2021 to allow for possible resolution of Claimant David Gillie's petition pending in the companion criminal case of United States v. Bernard von NotHaus, et al., United States District Court, Western District of North Carolina, No. 5:09-cr-00027-KDB-DCK (the "Criminal Matter"). As set forth

2

in the instant Motion to Continue, the Government hopes that resolution of Mr. Gillie's petition in the Criminal Matter "will effectively resolve all remaining matters in this civil forfeiture case and render this action moot," and further that such resolution in the Criminal Matter "should be imminent." Doc. 75 at 1-2.

Accordingly, **IT IS HEREBY ORDERED THAT** the Motion to Continue Stay (Doc. 75) is **GRANTED** and this matter shall **REMAIN STAYED** through and including **April 30, 2021**.

Signed: March 12, 2021

W. Carleton Metcalf
United States Magistrate Judge