# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| United States of America, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:08-cv-00230-KDB-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| 3039.375 Pounds of Copper Coins et al, | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 14, 2021 Text Order.

July 14, 2021

_____
Frank G. Johns, Clerk
United States District Court